■ LERNER & BEAR, INC., Respondent, v NYALL STOREY, Appellant, et al., Defendant.—Appeal from order and judgment (one paper) of Supreme Court, New York County (Allen Myers, J.), entered on December 6, 1985, unanimously dismissed, without costs and without disbursements, as said appeal was taken by a nonaggrieved party. Had this court reached the merits, we would have affirmed. No opinion. Concur—Murphy, P. J., Ross, Milonas, Rosenberger and Smith, JJ.

■ BRELAS ASSOCIATES et al., Respondents, v ALLAN J. RILEY, Appellant.—Order, Supreme Court, New York County (Walter Schackman, J.), entered on or about November 14, 1986, unanimously affirmed for the reasons stated by Walter Schackman, J. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Ross, Milonas, Rosenberger and Smith, JJ.